**Ron NYSTROM, Plaintiff–Appellant,**

v.

**TREX COMPANY, INC. and Trex Company, LLC, Defendants–Appellees.**

No. 2006–1262.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Before MAYER, GAJARSA, and LINN, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**PFIZER INC., Warner–Lambert Company and Warner–Lambert Company, LLC, Plaintiffs–Appellants,**

v.

**AJIX, INC. (doing business as Farmacapsulas S.A.), Defendant–Appellee.**

No. 05–1580.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Before MAYER, GAJARSA, and LINN, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.